# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

THE CALIFORNIA TABLE GRAPE )    CASE NO.  1:06-CV-842 OWW TAG
COMMISSION, )
 )
              Plaintiff, )    **ORDER GRANTING APPLICATION TO**
 )    **SHORTEN TIME**
       v. )
 )
RB SANDRINI, INC., RB SANDRINI )
FARMS, L.P. d/b/a/ RB SANDRINI )
FARMS, and RICHARD B. )
SANDRINI, )
 )
           Defendants. )

Upon consideration of Plaintiff California Table Grape Commission's Application To Shorten Time pursuant to Local Rule 6-144(e), finding good cause for the relief requested therein, it is hereby

    **ORDERED** that the Commission's Application To Shorten Time is **GRANTED**; and it is further

    **ORDERED** that any opposition by Defendants to the Commission's Motion for Expedited Discovery ("Motion") be filed **electronically** on or before July _12__, 2006 **by 4:00 p.m.** and that any reply by the Commission in support of the motion be filed **electronically** on or before July _13__, 2006 **by 4:00 p.m.**.

    [X  ] The Court will decide the Commission's Motion on the papers.

    [   ] The Court will hold a hearing on the Commission's Motion on _____, 2006 at _____ am/pm.

DATED _____July 7, 2006.

                         /s/ OLIVER W. WANGER_____
                         United States District Judge

1

[PROPOSED] ORDER GRANTING APPLICATION TO SHORTEN TIME

US1DOCS 5727153v2

PDF created with pdfFactory trial version www.pdffactory.com