# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>RB SANDRINI, INC., RB SANDRINI FARMS, L.P. d/b/a/ RB SANDRINI FARMS, and RICHARD B. SANDRINI,<br><br>               Defendants. | CASE NO. 1:06-CV-842 OWW TAG<br><br>**ORDER GRANTING APPLICATION TO SHORTEN TIME** |

Upon consideration of Plaintiff California Table Grape Commission's Application To Shorten Time pursuant to Local Rule 6-144(e), finding good cause for the relief requested therein, it is hereby

**ORDERED** that the Commission's Application To Shorten Time is **GRANTED**; and it is further

**ORDERED** that any opposition by Defendants to the Commission's Motion for Expedited Discovery ("Motion") be filed **electronically** on or before July _12_, 2006 **by 4:00 p.m.** and that any reply by the Commission in support of the motion be filed **electronically** on or before July _13_, 2006 **by 4:00 p.m.**.

[X] The Court will decide the Commission's Motion on the papers.

[ ] The Court will hold a hearing on the Commission's Motion on _____, 2006 at _____ am/pm.

DATED _____July 7, 2006._

/s/ OLIVER W. WANGER_____
United States District Judge

1

[PROPOSED] ORDER GRANTING APPLICATION TO SHORTEN TIME

US1DOCS 5727153v2

PDF created with pdfFactory trial version www.pdffactory.com