UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>RB SANDRINI, INC., RB SANDRINI FARMS, L.P. d/b/a RB SANDRINI FARMS, and RICHARD B. SANDRINI,<br><br>           Defendants. | 1:06-cv-0842 OWW TAG<br><br>ORDER MODIFYING SHORTENED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY |

   THE ATTORNEYS FOR THE PARTIES IN THIS CASE HAVE STIPULATED TO THE FOLLOWING:

   On July 3, 2006, Plaintiff California table Grape Comission (the "Commission") filed a Complaint for Damages and Injunctive Relief, a Motion for Expedited Discovery, and an Application to Shorten Time for the briefing of the Motion for Expedited Discovery;

   On July 10, 2006, the Court granted the Commission's Application To shorten Time and ordered Defendants to file any opposition to the Commission's Motion for Expedited Discovery on or before July 12, 2006 by 4:00 p.m. and ordered the Commission

to file any reply brief in support of its motion on or before July 13, 2006 by 4:00 p.m.;

    Counsel for Defendants has requested an extension of time to respond to the Commission's Motion for Expedited Discovery; and

    The Commission continues to seek an expedited resolution of its Motion for Expedited Discovery but has agreed, subject to the approval of the Court, to a short extension of time in order to permit counsel for Defendants to confer with his clients and to permit the parties to confer regarding a potential stipulated resolution of the Motion for Expedited Discovery;

    Subject to the approval of the Court, the deadline for Defendants to file any opposition to the Commission's Motion for Expedited Discovery be extended to 4:00 p.m. on Friday, July 14, 2006, and that the deadline for the Commission to file any reply brief in support of its motion be extended to 4:00 p.m. on Monday, July 17, 2006.

IT IS SO ORDERED.

**Dated:   July 14, 2006**            **/s/ Oliver W. Wanger**
emm0d6                      UNITED STATES DISTRICT JUDGE