THE LAW OFFICES OF RALPH B. WEGIS
Ralph B. Wegis        #67966
Michael J. Stump      #193542
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)

Attorneys for Defendants RB SANDRINI, INC.,
RB SANDRINI FARMS, L.P., and RICHARD B. SANDRINI

BAKER, MANOCK & JENSEN
A Professional Corporation
Robert D. Wilkinson   #100478
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
(559) 432-5400
(559) 432-5620 (facsimile)

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Randolph D. Moss (admitted *pro hac vice*)
Brian M. Boynton      #222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)

Attorneys for Plaintiff THE CALIFORNIA
TABLE GRAPE COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RB SANDRINI, INC., RB SANDRINI FARMS, L.P. d/b/a/ RB SANDRINI FARMS, and RICHARD B. SANDRINI,<br><br>Defendants. | CASE NO. 1:06-cv-00842-OWW-TAG<br><br>**STIPULATION AND ORDER** |

STIPULATION AND [PROPOSED] ORDER

1

1  WHEREAS on July 3, 2006, Plaintiff California Table Grape Commission (the "Commission") filed a Complaint for Damages and Injunctive Relief and a Motion for Expedited Discovery;

WHEREAS the Commission intended to file a motion for a preliminary injunction to prevent Defendants from preparing for harvest, harvesting, offering for sale, selling, or transferring grapes of the patented Autumn King variety or from propagating or transferring Autumn King plant material and has sought expedited discovery in advance of that anticipated motion;

WHEREAS Defendants have agreed not to prepare for harvest, to harvest, to offer for sale, to sell, or to transfer Autumn King grapes for any purpose for a period of one year or to propagate or to transfer to any other person or entity Autumn King plant material during the pendency of this litigation;

WHEREAS Defendants' agreement not to prepare Autumn King grapes for harvest shall not prevent them from maintaining the health of the Autumn King vines but shall preclude them from undertaking any production practices designed to further develop the Autumn King fruit for any purpose;

WHEREAS Defendants agreement herein obviates the need for the preliminary injunction the Commission intended to seek;

WHEREAS the expedited discovery schedule the Commission sought in its Motion for Expedited Discovery is no longer necessary;

IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel that:

(1)  Defendants shall not prepare for harvest, harvest, offer for sale, sell, or transfer Autumn King grapes for any purpose for one year or propagate or transfer to any other person or entity Autumn King plant material during the pendency of this litigation;

(2)  Defendants shall provide the Commission with access to its facilities, vineyards, and books for the purpose of verifying compliance with this Stipulation;

STIPULATION AND [PROPOSED] ORDER

2

PDF created with pdfFactory trial version www.pdffactory.com

1   (3) the Commission therefore will not file its anticipated motion for a preliminary
2 injunction preventing Defendants from preparing for harvest, harvesting, offering for sale, selling, or
3 transferring Autumn King grapes or propagating or transferring Autumn King plant material;

4   (4) the Commission's Motion for Expedited Discovery is hereby withdrawn and need not
5 be decided by the Court; and

6   (5) written discovery may commence on or after August 1, 2006, and depositions may
7 commence on or after September 1, 2006.

8 Nothing in this Stipulation shall prevent the Commission from, after one year, moving for a
9 preliminary injunction preventing Defendants from preparing for harvest, harvesting, offering for
10 sale, selling, or transferring grapes of the patented Autumn King variety, if this case is not then
11 resolved and the parties are unable to reach a further agreement at that time.

Dated: July 14, 2006

THE LAW OFFICES OF RALPH B. WEGIS

/s/ Michael J. Stump (with consent 7-14-06)
_____
Michael J. Stump

Attorneys for Defendants RB Sandrini, Inc., RB Sandrini Farms, L.P., and Richard B. Sandrini

BAKER, MANOCK & JENSEN

/s/ Robert D. Wilkinson
_____
Robert D. Wilkinson

Attorneys for Plaintiff THE CALIFORNIA TABLE GRAPE COMMISSION

**ORDER**

IT IS SO ORDERED

Dated: ___July 21, 2006                    /s/ OLIVER W. WANGER_____
                                           _____
                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER         3

PDF created with pdfFactory trial version www.pdffactory.com