Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RB SANDRINI, INC., RB SANDRINI FARMS, L.P., d/b/a RB SANDRINI FARMS and RICHARD B. SANDRINI,<br><br>Defendants. | CASE NO. 1:06-cv-00842-OWW-TAG<br><br>**ORDER GRANTING APPLICATION TO SHORTEN TIME ON MOTION FOR RELIEF OF PORTION OF JULY 21 STIPULATION AND ORDER**<br><br>JUDGE: Hon. Oliver W. Wanger |

Upon consideration of Defendants RB Sandrini, INC., RB Sandrini Farms, L.P., d/b/a RB Sandrini Farms and Richard B. Sandrini's Application to Shorten Time on Motion For Relief of Portion Of July 21 Stipulation and Order ("Application"), and finding good cause for the relief requested therein, it is hereby

**ORDERED** that Defendants' Application For Shortening Time is **GRANTED;** and

**ORDERED** that Plaintiffs respond to Defendants' Motion For Relief of Portion Of July 21 Stipulation and Order and file (through the Court's e-filing system) any opposition to that Motion on or before September 25, 2006, at 12:00 p.m. PDT, and that Defendants' file any reply brief via the e-filing system on or before September 26, 2006, at 3:00 p.m. PDT. All service shall by accomplished

1:06-CV-00842-OWW-TAG

PDF created with pdfFactory trial version www.pdffactory.com

by email and U.S. mail.  The Court hereby sets a hearing on Defendants' Motion for September 27, 2006, at 12:00 p.m. PDT in Courtroom 3 before United States District Judge Oliver W. Wanger.

DATED     September 27, 2006          /s/ OLIVER W. WANGER_____
                                      Hon. Oliver W. Wanger
                                      U.S. District Judge

Respectively submitted,

HENNIGAN, BENNETT & DORMAN LLP
LAWRENCE M. HADLEY (SBN 157728)
(hadleyl@hbdlawyers.com)
OMER SALIK (SBN 223056)
(saliko@hbdlawyers.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
(rwegis@ralphwegis.com)
MICHAEL J. STUMP (SBN 193542)
(mstump@ralphwegis.com)
1930 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 635-2100
Facsimile:  (661) 635-2107


        /s/   Lawrence M. Hadley
     _____
            Lawrence M. Hadley

Attorney for Defendants
RB SANDRINI, INC., RB SANDRINI FARMS,
L.P., d/b/a RB SANDRINI FARMS and
RICHARD B. SANDRINI

# PROOF OF SERVICE

*The California Table Grape Commission v. RB Sandrini, et al.*
USDC Eastern District Case No. 1:06-cv-00842-OWW-TAG

I certify that on September 22, 2006, I have caused the following document:

**[PROPOSED] ORDER GRANTING APPLICATION TO SHORTEN TIME ON MOTION FOR RELIEF OF PORTION OF JULY 21 STIPULATION AND ORDER**

To be filed electronically with the Clerk of the Court through ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Robert D. Wilkinson<br>RDW@bmj-law.com<br>Baker, Manock & Jensen<br>A Professional Corporation<br>Fig Garden Financial Center<br>5260 North palm Avenue, 4th Floor<br>Fresno, CA 93704-2209<br>Phone: (559) 432-5400<br>Fax: (559) 432-5620 | Brian M. Boynton<br>brian.boynton@wilmerhale.com<br>WilmerHale<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Phone: (202) 663-6044<br>Fax: (202) 663-6363 |
| Michael J. Stump<br>mstump@ralphwegis.com<br>The law Offices of Ralph B. Wegis<br>1930 Truxtun Avenue<br>Bakersfield, CA 93301<br>Phone: (661) 635-2100<br>Fax: (661) 635-2107 | |

                                                        /s/ Zelene C. Hall
                                                         Zelene C. Hall

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

569644\v1

1:06-CV-00842-OWW-TAG

PDF created with pdfFactory trial version www.pdffactory.com