HENNIGAN, BENNETT & DORMAN LLP
LAWRENCE M. HADLEY (SBN 157728)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
MICHAEL J. STUMP (SBN 193542)
1930 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 635-2100
Facsimile: (661) 635-2107

Attorney for Defendants
RB SANDRINI, INC., RB SANDRINI FARMS, L.P.
and RICHARD B. SANDRINI

BAKER, MANOCK & JENSEN
ROBERT D. WILKINSON (SBN 100478)
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
Telephone: (559) 432-5400
Facsimile: (559) 432-5620

WILMER CUTLER PICKERING HALE AND DORR LLP
RANDOLPH D. MOSS (admitted *pro hac vice*)
BRIAN M. BOYNTON (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorney for Plaintiff
THE CALIFORNIA TABLE GRAPE COMMISSION

FILED
NOV 22 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE CALIFORNIA TABLE GRAPE COMMISSION | ) CASE NO. 1:06-cv-00842-OWW-TAG |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) JUDGE: Oliver W. Wanger |
| RB SANDRINI, INC., RB SANDRINI FARMS, L.P. d/b/a RB SANDRINI FARMS and RICHARD B. SANDRINI | ) |
| Defendants. | ) |

1  WHEREAS, on July 21, 2006, the Court in this matter entered a stipulation and order
2  precluding Defendants, for a one-year period, from preparing for harvest, harvesting, offering for
3  sale, selling, or transferring Autumn King grapes for any purpose; and
4  WHEREAS, approximately 30 tons of ripe grapes identified as Autumn King currently exist
5  on vines at Defendants' farm, which Defendants propose to remove and sell for crush;
6  IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel,
7  that:
8  1.  Defendants may retain a third-party contractor to remove the ripe grapes identified as
9  Autumn King from vines at Defendants' farm;
10  2.  Defendants shall sell the removed grapes to their cooperative organization;
11  3.  The removed grapes shall be used for crush/juice only, and not used or distributed as
12  table grapes;
13  4.  Any proceeds from the sale (less removal and transportation costs) shall be placed
14  into an interest-bearing escrow account pending the resolution of this matter; and
15  5.  Defendants shall promptly provide to the Commission (a) copies of invoices showing
16  the removal and transportation costs incurred, and (b) proof of the amount and date of the deposit
17  into the escrow account.

DATED: November 15, 2006

HENNIGAN BENNETT & DORMAN LLP
Lawrence M. Hadley

/s/ Lawrence M. Hadley
_____
Lawrence M. Hadley

DATED: November 15, 2006

THE LAW OFFICES OF RALPH B. WEGIS
Ralph B. Wegis
Michael J. Stump

/s/ Michael J. Stump
_____
Michael J. Stump

Attorney for Defendants
RB SANDRINI, INC., RB SANDRINI FARMS, L.P. and RICHARD B. SANDRINI

DATED: November 15, 2006

BAKER, MANOCK & JENSEN
Robert D. Wilkinson

WILMER CUTLER PICKERING HALE AND DORR LLP
Randolph D. Moss
Brian M. Boynton

/s/ Randolph D. Moss
_____
Randolph Moss

Attorney for Plaintiff
THE CALIFORNIA TABLE GRAPE COMMISSION

## ORDER

IT IS SO ORDERED.

DATED: 11-22-06

_____
The Honorable Oliver W. Wanger
United States District Court Judge

579102\v1

1:06-CV-00842-OWW-TAG

-3-

STIPULATION AND [PROPSOED] ORDER

# PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017. On November 15, 2006, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER** on the interested parties in this action follows:

☒ By electronic transmission. I caused the document(s) listed above to be transmitted by electronic mail to the individuals on the service list as set forth below.

**Wilmer Cutler Pickering Hale And Dorr Llp**
Randolph D. Moss
(randolph.moss@wilmerhale.com)
Brian M. Boynton
(brian.boynton@wilmerhale.com)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

**Baker, Manock & Jensen**
Robert D. Wilkinson
(RDW@bmj-law.com)
Fig Garden Financial Center
5260 N. Palm Avenue, Fourth Floor
Fresno, California 93704-2209
Telephone: (559) 432-5400
Facsimile: (559) 432-5620

**The Law Offices Of Ralph B. Wegis**
Ralph B. Wegis
(rwegis@ralphwegis.com)
Michael J. Stump
(mstump@ralphwegis.com)
1930 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 635-2100
Facsimile: (661) 635-2107

☒ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 15, 2006 at Los Angeles, California.



Zelene C. Hall