

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

NOV 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

THE CALIFORNIA TABLE GRAPE ) CASE NO. 1:06-cv-00842-OWW-TAG
COMMISSION, )
           )
        Plaintiff, )     **ORDER GRANTING CALIFORNIA**
           )            **TABLE GRAPE COMMISSION'S**
     v.    )            **APPLICATION TO FILE UNDER SEAL**
           )            **PURSUANT TO LOCAL RULE 39-141**
RB SANDRINI, INC., RB SANDRINI )
FARMS, L.P. d/b/a/ RB SANDRINI )
FARMS, and RICHARD B. )
SANDRINI, )
           )
        Defendants. )

Upon consideration of the California Table Grape Commission's Application to File Under

Seal, and finding good cause for the relief requested therein,

**IT IS HEREBY ORDERED** that the California Table Grape Commission's Submission of

Report from Kathleen Nave, which was lodged in paper form on November 17, 2006, shall be filed

under seal and maintained under seal until further order of this Court.

Dated:   *11-22-06*

_____
Hon. Oliver W. Wanger
United States District Judge

1