BAKER, MANOCK & JENSEN
A Professional Corporation
Robert D. Wilkinson   #100478
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
(559) 432-5400
(559) 432-5620 (facsimile)

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Randolph D. Moss (admitted *pro hac vice*)
Brian M. Boynton       #222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (facsimile)

Attorneys for Plaintiff THE CALIFORNIA
TABLE GRAPE COMMISSION


HENNIGAN BENNETT AND DORMAN LLP
Lawrence M. Hadley  # 157728
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
(213) 694-1200
(213) 694-1234 (facsimile)

THE LAW OFFICES OF RALPH B. WEGIS
Ralph B. Wegis      # 67966
Michael J. Stump    # 193542
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)

Attorneys for Defendants RB SANDRINI, INC.,
RB SANDRINI FARMS, L.P., and RICHARD B. SANDRINI

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>         Plaintiff,<br><br>         v.<br><br>RB SANDRINI, INC. ET AL.,<br><br>         Defendants. | CASE NO. 1:06-cv-00842-OWW-TAG<br><br>**STIPULATION REGARDING EXPERT DISCOVERY** |

1

STIPULATION REGARDING EXPERT DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS on November 9, 2006, this Court entered a Scheduling Conference Order
2 directing the parties to disclose all expert witnesses in writing on or before February 16, 2007, and to
3 make supplemental expert disclosures on or before March 2, 2007;

4    WHEREAS in that same order, this Court set March 16, 2007 as the cut off for all discovery;

5    WHEREAS the parties are in agreement that it would promote the prompt and efficient
6 resolution of this case to postpone expert discovery on the issue of remedy until after dispositive pre-
7 trial motions have been briefed and argued;

8    WHEREAS the parties are in agreement that the deadline for expert disclosures on the issue
9 of liability should be postponed by one week to February 23, 2007, and that the deadline for
10 supplemental expert disclosures on the issue of liability should be postponed to March 5, 2007;

11    IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel,
12 that (1) expert disclosures on the issue of liability shall be made on or before February 23, 2007; (2)
13 supplemental expert disclosures on the issue of liability shall be made on or before March 5, 2007;
14 (3) any expert discovery relating to the issue of liability shall take place no later than March 16,
15 2007; (4) expert disclosures on the issue of remedy shall be made on or before May 7, 2007; (4)
16 supplemental expert disclosures on the issue of remedy shall be made on or before May 14, 2007;
17 and (5) any expert discovery relating to the issue of remedy shall take place no later than May 29,
18 2007.

19
20    Dated:  February 13, 2007              WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
21                                           /s/ Brian M. Boynton
22                                           _____
                                             Brian M. Boynton
23                                           Attorneys for Plaintiff THE CALIFORNIA
                                             TABLE GRAPE COMMISSION
24
25
26
27
28
                                          2
                                                          STIPULATION REGARDING EXPERT DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com

HENNIGAN BENNETT AND DORMAN LLP

/s/ Lawrence M. Hadley (with authorization)
_____
Lawrence M. Hadley

Attorneys for Defendants RB Sandrini, Inc., RB Sandrini Farms, L.P., and Richard B. Sandrini

**ORDER**

IT IS SO ORDERED.

Dated: _February 15, 2007                    /s/ OLIVER W. WANGER_____
         _____
                              Oliver W. Wanger
                              United States District Judge

3
STIPULATION REGARDING EXPERT DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com