BAKER, MANOCK & JENSEN
A Professional Corporation
Robert D. Wilkinson   #100478
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
(559) 432-5400
(559) 432-5620 (facsimile)

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Randolph D. Moss   (admitted *pro hac vice*)
Brian M. Boynton   #222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (facsimile)

Attorneys for Plaintiff THE CALIFORNIA
TABLE GRAPE COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RB SANDRINI, INC., RB SANDRINI FARMS, L.P. d/b/a/ RB SANDRINI FARMS, and RICHARD B. SANDRINI,<br><br>Defendants. | CASE NO. 1:06-cv-00842-OWW-TAG<br><br>**DECLARATION OF BRIAN M. BOYNTON IN SUPPORT OF THE CALIFORNIA TABLE GRAPE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Brian M. Boynton, declare as follows:

1.   I am one of the counsel for the California Table Grape Commission ("Commission") in this action, and I submit this declaration in support of the Commission's Motion for Partial Summary Judgment. I make this declaration on my own personal knowledge, and if called to testify, I would and could competently testify as set forth below. This declaration refers to Defendants RB Sandrini, Inc., RB Sandrini Farms, L.P., and Richard B. Sandrini collectively as "Sandrini."

1    2.    Attached as **Exhibit 1** is a true and correct copy of Defendants' Responses to Plaintiff's First Set of Interrogatories, which was served on the Commission on September 8, 2006.

3.    Attached as **Exhibit 2** is a true and correct copy of Defendants Amended Responses to Plaintiff's First Set of Interrogatories, which was served on the Commission on January 19, 2007.

4.    Attached as **Exhibit 3** is a true and correct copy of Plaintiff's Requests for Admissions, First Set, which was served on Sandrini on December 19, 2006.

5.    Attached as **Exhibit 4** is a true and correct copy of Defendants' Response to Request for Admission, Set One, which was served on the Commission on January 22, 2007.  Defendants did not respond to the Commission's requests for admission nos. 17-34.

6.    Attached as **Exhibit 5** are true and correct copies of a subset of the documents produced by Sandrini on September 8, 2006—and, in some instances, reproduced with confidentiality designations on January 19, 2006—in response to Plaintiffs' Request for Production of Documents, Set One, which was served on Sandrini on August 1, 2006.

7.    Attached as **Exhibit 6** are true and correct copies of a subset of the documents produced by Sandrini on November 7, 2006 in response to Plaintiffs' Request for Production of Documents, Set One, which was served on Sandrini on August 1, 2006.

8.    I have reviewed the Declaration of Kathleen Nave in Support of the California Table Grape Commission's Motion for Partial Summary Judgment.  The release notice attached as Exhibit 23 and the February 28, 2006 letter attached as Exhibit 27 to that declaration were produced by Sandrini on November 7, 2006.

9.    Attached as **Exhibit 7** are true and correct copies of a subset of the documents produced by Jim and Jack Ludy in response to a subpoena served by the Commission.

10.   Attached as **Exhibit 8** are true and correct copies of a subset of the documents produced by Lawrence E. Ludy in response to a subpoena served by the Commission on August 23, 2006. The documents were received by my office on October 31, 2006.

11.   Attached as **Exhibit 9** is a true and correct copy of excerpts from the deposition of Richard B. Sandrini taken on September 13, 2006.

1      12.    Attached as **Exhibit 10** is a true and correct copy of excerpts from the deposition of Lawrence E. Ludy taken on September 14, 2006.

      13.    Attached as **Exhibit 11** is a true and correct copy of excerpts from the deposition of Jim Ludy taken on November 2, 2006.

      14.    Attached as **Exhibit 12** is a true and correct copy of excerpts from the deposition of David W. Ramming taken on December 5, 2006.

      15.    Attached as **Exhibit 13** is a true and correct copy of the Declaration of David W. Ramming in Support of the Opposition of the California Table Grape Commission to Defendants' Motion for Relief of Portion of July 21 Stipulation and Order (Sept. 25, 2006).

      16.    Attached as **Exhibit 14** is a true and correct copy of excerpts from the deposition of Kathleen S. Nave taken on January 10-11, 2007.

      17.    Attached as **Exhibit 15** is a true and correct copy of excerpts from the deposition of Donald Ludy taken on February 27, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2007.

                                    /s/ Brian M. Boynton
                                  Brian M. Boynton