BAKER, MANOCK & JENSEN
A Professional Corporation
Robert D. Wilkinson   #100478
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
(559) 432-5400
(559) 432-5620 (facsimile)

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Randolph D. Moss    (admitted *pro hac vice*)
Brian M. Boynton    #222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (facsimile)

Attorneys for Plaintiff THE CALIFORNIA
TABLE GRAPE COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA TABLE GRAPE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RB SANDRINI, INC., RB SANDRINI FARMS, L.P. d/b/a/ RB SANDRINI FARMS, and RICHARD B. SANDRINI,<br><br>　　　　Defendants. | CASE NO. 1:06-cv-00842-OWW-TAG<br><br>**NOTICE OF MOTION AND MOTION OF THE CALIFORNIA TABLE GRAPE COMMISSION FOR PARTIAL SUMMARY JUDGMENT** |

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD

　　PLEASE TAKE NOTICE THAT on April 30, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Eastern District of California, Fresno Division, located at 2500 Tulare Street in Fresno, California, in Courtroom No. 3, the Motion of the California Table Grape Commission For Partial Summary Judgment will be heard.

1  Pursuant to Federal Rule of Civil Procedure 56 and for the reasons set forth in the
2  accompanying memorandum, the California Table Grape Commission ("Commission") moves for
3  partial summary judgment against Defendants RB Sandrini, Inc., RB Sandrini Farms, L.P., and
4  Richard B. Sandrini (collectively "Sandrini") on liability for infringement of U.S. Patent No. PP16,
5  284, willfulness, and liability under § 17200 of the California Business and Professions Code.[1/]  The
6  Commission also moves for partial summary judgment on Sandrini's affirmative defenses and
7  counterclaims.

9  Dated:           March 30, 2007

                                    WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

                                          /s/ Brian M. Boynton
                                    By _____
                                        Brian M. Boynton

                                    Attorneys for Plaintiff THE CALIFORNIA
                                    TABLE GRAPE COMMISSION

---

[1/]  The Commission does not move for summary judgment at this time on the issue of remedy.