BAKER, MANOCK & JENSEN
A Professional Corporation
Robert D. Wilkinson # 100478
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
(559) 432-5400
(559) 432-5620 (facsimile)

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Randolph M. Moss (admitted *pro hac vice*)
Brian M. Boynton # 222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)

Attorneys for Plaintiff
THE CALIFORNIA TABLE GRAPE COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>RB SANDRINI, INC., RB SANDRINI FARMS, L.P. d/b/a/ RB SANDRINI FARMS, and RICHARD B. SANDRINI,<br><br>            Defendants. | Case No. 1:06-cv-842 OWW TAG<br><br>**DECLARATION OF GERALD S. DANGL IN SUPPORT OF THE CALIFORNIA TABLE GRAPE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Gerald S. Dangl, declare as follows:

1.      I am the Manager of the Plant Identification Lab at Foundation Plant Services ("FPS"), University of California, Davis, and I submit this declaration in support of the California Table Grape Commission's Motion for Partial Summary Judgment in the above-referenced matter.

2.      I received a B.S. in Botany from U.C. Davis in 1984. After graduation, I started work as a Research Associate at Calgene, Inc., a biotechnology company in Davis, California. In August

1                                    DECLARATION OF GERALD S. DANGL

1986, I was promoted to the position of Senior Research Associate. In that capacity, I supervised Calgene's Transformation Service Lab, which used genetic engineering techniques to test experimental disease and herbicide resistant genes in plants.

3. In March 1989, I became a Post Graduate Researcher in the Department of Viticulture & Enology at the University of California, Davis. From 1989 to the present, I have worked extensively on research using DNA markers to study the genetics of grapes and other clonally propagated crops. In March 1992, I was promoted to the position of Staff Research Associate in the Department of Viticulture & Enology. In July 1993, I set up and assumed management of an additional laboratory at the National Clonal Germplasm Repository at Davis ("NCGR-D"). The NCGR-D, administered by the Agricultural Research Service of the United States Department of Agriculture, is one of the repositories in the National Plant Germplasm System, which is dedicated to the collection and preservation of plant germplasm from around the world.

4. In January 2003, I joined FPS to be the manager of the Plant Identification Lab, which I helped to create. As a result of the lab's success, I was granted a promotion in January 2005. FPS is a self-supporting department in the College of Agricultural & Environmental Sciences at U.C. Davis. FPS works to improve the health of planting stock in California, the United States, and the world. Among its many activities, FPS maintains foundation-level plant stock free from known diseases for use by nurseries, operates the only dedicated grape importation and quarantine facility in the United States, offers disease testing and elimination services, and performs DNA-based varietal identification of grapes and walnuts. My responsibilities at FPS include overseeing the Plant Identification Lab and pioneering new techniques in DNA-based plant identification and genetic characterization.

5. During my career, I have gained substantial experience with DNA marker analysis of plants, grapes in particular. I am proficient in the use of multiple DNA marker systems: simple sequence repeats (also known as microsatellites), restriction fragment length polymorphisms, amplified fragment length polymorphisms, and others. I am proficient in all of the technical steps

required to produce and analyze these DNA marker data, including polymerase chain reaction, DNA electrophoresis, and other major techniques used to identify plants by variety and to trace gene heritability.  I have applied all these techniques to the study of grapes, including table grapes.  I have also been instrumental in developing genetic marker identification systems for walnuts, strawberries, apricots, and almonds.

6. I have conducted numerous training sessions and have trained and supervised research assistants in my lab in the use of DNA-based identification techniques.  Under my supervision, the Plant Identification Lab conducted DNA-based varietal testing on over 600 grapevine samples in 2006, with the majority of the testing done in connection with internal projects at FPS and the NCGR-D.

7. In the preceding ten years, I have authored or co-authored the following articles:

- Dangl, G.S., K. Woeste, M.K. Aradhya, A. Koehmstedt, C. Simon, D. Potter, C.A. Leslie and G. McGranahan. 2005. Characterization of Fourteen Microsatellite Markers for Genetic Analysis and Cultivar Identification of Walnut. Journal of the American Society of Horticultural Science (J. Amer. Soc. Hort. Sci.) 130 (3): 348-354.

- Riaz, S., G.S. Dangl, K.J. Edwards, C.P. Meredith. 2004. A microsatellite marker based framework linkage map of Vitis vinifera L. Theoretical and Applied Genetics 108 (5): 864-872.

- This P., A. Jung, P. Boccacci, J. Borrego, R. Botta, L. Costantini, M. Crespan, G.S. Dangl, C. Eisenheld, F. Ferreira-Monteiro, S. Grando, J. Ibáñez, T. Lacombe, V. Laucou, M. Magalhães, C.P. Meredith, N. Milani, E. Peterlunger, F. Regner, L. Zulini and E. Dettweiler.  2004. Development of a standard set of microsatellite reference alleles for identification of grape cultivars. Theoretical and Applied Genetics 109 (7): 1448-1458.

- Maletić, E., I. Pejić, J. Karoglan Kontić, J. Piljac, G.S. Dangl, A. Vokurka, T. Lacombe, N. Mirošević and C.P. Meredith. 2003. Zinfandel, Dobričić and Plavac mali—The Genetic Relationship Among Three Cultivars of the Dalmatian Coast of Croatia. American Journal of Enology and Viticulture 55 (2): 174-178.

- Agüero, C.B., J.G. Rodríguez, L.E. Martínez, G.S. Dangl and C.P. Meredith. 2003. Identity and parentage of 'Torrontés' cultivars in Argentina. American Journal of Enology and Viticulture 54 (4): 318-321.

- Aradhya, M.K., G.S. Dangl, B.H. Prins, J.-M. Boursiquot, M.A. Walker, C.P. Meredith and C.J. Simon. 2003. Genetic structure and differentiation in cultivated grape, *Vitis vinifera* L. Genetical Research 81: 179-192.

- Piljac, J., E. Maletić, J.K. Kontić, G.S. Dangl, I. Pejić, N. Mirošević and C.P. Meredith. 2002. The parentage of Pošip bijeli, a major white wine cultivar of Croatia. Vitis 41: 83-87.

- Riaz, S., K.E. Garrison, G.S. Dangl, J.-M. Boursiquot and C.P. Meredith. 2002. Genetic divergence and chimerism within ancient asexually propagated winegrape cultivars. Journal of the American Society for Horticultural Science 127: 508-514.

- Dangl, G.S., M.L. Mendum, B.H. Prins, M.A. Walker, C.P. Meredith and C.J. Simon. 2001. Simple sequence repeat analysis of a clonally propagated species: A tool for managing a grape germplasm collection. Genome 44: 432-438.

- Bowers, J.E., G.S. Dangl and C.P. Meredith. 1999. Development and characterization of additional microsatellite DNA markers for grape. American Journal of Enology and Viticulture 50: 243-246.

- Meredith, C.P., J.E. Bowers, S. Riaz, V. Handley, E.B. Bandman and G.S. Dangl. 1999. The identity and parentage of the variety known in California as 'Petite Sirah'. American Journal of Enology and Viticulture 50: 236-242.

- Bowers, J. E., G. S. Dangl, R. Vignani and C. P. Meredith. 1996. Isolation and characterization of new polymorphic simple sequence repeat loci in grape. Genome 39: 628-633.

- Meredith, C.P., G. S. Dangl and J. E. Bowers. 1996. Clarifying the identify of some California winegrapes by DNA profiling. Rivista di Viticoltura e di Enologia 49(1): 65-68.

8. I have been retained in this matter by the California Table Grape Commission ("Commission") to offer opinions about (1) DNA "fingerprinting" techniques, also known as DNA profiling, used to identify grape varieties, and (2) the DNA-based identification of four samples of grape material submitted to me, in my role as Manager of the FPS Plant Identification Lab, for analysis in April 2006.

**DNA Testing Protocols**

9. The Plant Identification Lab of FPS performs DNA testing on a fee-for-service basis to determine or confirm the identity of grape samples. Identification and profiling services are available for table grape, wine grape, raisin, and rootstock varieties. The service works by comparing the DNA profiles of samples submitted by users against reference profiles in a database maintained by FPS. An overview of the DNA-based varietal identification service is attached as **Exhibit 1**.

4    DECLARATION OF GERALD S. DANGL

10. Users of the identification service are responsible for submitting the samples to be tested by FPS. FPS supplies a collection kit containing collection envelopes, blotting paper, silica gel desiccant packets, "Drierite" crystals (anhydrous calcium sulfate), and directions for how to collect samples. Users are encouraged to collect samples from actively growing shoot tips, but other tissues such as older leaves, roots, fruit, and dormant cuttings can be used. Generally, samples are chemically dried before submission to FPS for testing. A copy of the recommended procedures for collecting, drying, and submitting samples is attached as **Exhibit 2**.

11. When samples are received by FPS for testing, each envelope is assigned a sample number and logged on an Excel spreadsheet. Envelopes containing samples are stored in my office until they are tested. Testing of samples submitted for rush processing is generally initiated within a day or two of being received by FPS. Testing is performed by me or lab assistants working under my direction.

12. The first step in the testing protocol is to extract and purify DNA from the plant sample. The sample is disrupted in liquid nitrogen and mechanically ground. It is then processed using a series of buffers and other materials contained in the DNeasy® Plant Mini Kit, which is a commercially available testing kit manufactured by Qiagen and routinely used for extraction of DNA from plants. At the end of the extraction process, purified DNA is gathered on a collection column and eluded into a liquid buffer to dilute it.

13. The next step in the testing protocol is to amplify specific fragments of DNA ("marker DNA") through the use of polymerase chain reaction ("PCR"). The Plant Identification Lab uses simple sequence repeats ("SSR"), which are state-of-the-art markers. Most of the DNA of a grape variety is identical to that of other grape varieties. Only highly variable marker DNA such as SSRs varies among varieties. Because the overall quantity of the marker DNA is small compared to the quantity of DNA grape varieties have in common, PCR is used to amplify the marker DNA to facilitate testing. PCR creates millions of copies of a specified marker sequence. During the PCR process, the marker sequences are also labeled with fluorescent dye.

1        14.     After the SSR markers have been amplified using PCR, the DNA is then placed in a machine that uses a positive electrical charge to draw the negatively charged DNA through capillaries filled with a polymer matrix.  The DNA moves through the matrix at different speeds depending on the length of the marker being tested, with shorter fragments moving faster than longer ones.  As the DNA moves past a laser, the fluorescent dyes are detected, and the computer uses an internal size standard with multiple fragments of known length, included in each sample, to calculate the length of each marker fragment based on the time it took to reach the laser.

         15.     The marker lengths are then exported from the machine to an Excel spreadsheet.  The Plant Identification Lab uses eight SSR markers.  This DNA profile, is then compared to a database that contains DNA profiles of more than 800 varieties of grapes.  The database was originally developed in the lab of Dr. Carole Meredith of the U.C. Davis Department of Viticulture & Enology, while the lab was under my management.  The database is now maintained by FPS.

         16.     The probability of the DNA profile from a tested sample matching a DNA profile in the database by chance is so exceedingly small that where there is a match, it can be said with an exceedingly high degree of scientific certainty that the tested sample and the reference profile are from the same variety.  For grapes varieties, which are asexually propagated, this means it is virtually certain that the tested material and the reference sample are ultimately derived from the same selected seedling—the first grapevine of the variety—and that the person growing the tested grapevines had access to that first selected seedling or one of its asexually propagated progeny.

         17.     A number of factors help ensure the accuracy of the test results produced in my lab.  The grape genetics research community considers testing of only six specific SSR markers to be sufficient to distinguish all known varieties, but in my lab we test using those six markers and an additional two highly variable markers.  Finding a match across all eight markers provides additional certainty that a sample has been correctly identified.  As a further safeguard, two different dilutions of the DNA extracted from a plant sample are typically made and tested separately.  Reference DNA from known grape varieties are also included as controls in each group of samples tested.

## DNA Testing of the April 2006 Samples

18. On April 11, 2006, FPS received a package from Ross Jones of the Commission containing four samples of grapevine material. The samples were labeled "4/10/06 Vineyard 1 R12 V5," "4/10/06 Vineyard 2 R16 V17," "4/10/06 Vineyard 3 R3 V1," and "4/10/06 Vineyard 4 R15 V14." The samples consisted of small dried leaves contained in FPS's standard sample collection envelopes. FPS collectively assigned the samples order number 6669 and individually assigned the samples lab numbers 6135, 6136, 6137, and 6138. Scanned copies of the envelopes with their lab identification numbers are attached as **Exhibit 3**. After being numbered, the samples were logged on a spreadsheet, which was updated after the completion of the testing. A copy of the final spreadsheet is attached as **Exhibit 4**.

19. At my direction, a lab assistant tested the samples using the standard protocols described above. The test results were exported to an Excel spreadsheet and compared to the reference database of known profiles. Three of the samples were a perfect match on all eight markers for the Autumn King reference profile, and it can be said with an exceedingly high degree of scientific certainty those three samples were Autumn King plant material. The fourth sample matched the profile for Ruby Red. A spreadsheet showing the tests results from the four samples, the reference profile of Autumn King, and the reference profile of Ruby Red is attached as **Exhibit 5**

20. The reference profile for Autumn King was created using plant material supplied by the Commission, plant material collected in 2002 from the FPS greenhouse, and plant material collected in 2004 from the FPS vineyard. The use of material from multiple grapevines helps ensure the accuracy of the profile to an especially high degree of scientific certainty.

21. On May 16, 2006, I reported the results of my tests in a letter to Ross Jones. A copy of the letter is attached as **Exhibit 6**. The letter was generated in the ordinary course of my duties at FPS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2007

_____
Gerald S. Dangl

7  DECLARATION OF GERALD S. DANGL