# Declaration of Gerald S. Dangl
# Exhibit 4

| Sample Sequence | Lab Number | FPS Order Number | Technical Group | Envelope Transcribed | Selection | Date Rec'd/Collected | Group | Contact | Comments/Collection Notes | Report Sent | Matches | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6135 | 6669 | 6X5 | 4/10/06 Vineyard 1 R12 V5 | **RUSH** | 04/11/06 | CTGC | Ross Jones | Standard | 05/16/06 | Autumn King | ex2059, ex2068 |
| 2 | 6136 | 6669 | 6X5 | 4/10/06 Vineyard 2 R16 V17 | **RUSH** | 04/11/06 | CTGC | Ross Jones | Standard | 05/16/06 | Autumn King | ex2059, ex2068 |
| 3 | 6137 | 6669 | 6X5 | 4/10/06 Vineyard 3 R3 V1 | **RUSH** | 04/11/06 | CTGC | Ross Jones | Standard | 05/16/06 | Rubired | 4266, 4267/4268, 4269 |
| 4 | 6138 | 6669 | 6X5 | 4/10/06 Vineyard 4 R15 V14 | **RUSH** | 04/11/06 | CTGC | Ross Jones | Standard | 05/16/06 | Autumn King | ex2059, ex2068 |