# Declaration of Gerald S. Dangl
# Exhibit 5

| Lane & Dye | Sample Info | Sample Comment | Result | Reference | VVM D5a | VVM D5b | VVM D7a | VVM D7b | VVM D27a | VVM D27b | VVM D31a | VVM D31b | VVM D32a | VVM D32b | VVS2 a | VVS2 b | VrZA G62a | VrZA G62b | VrZA G79a | VrZA G79b |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 6135a | Vineyard 1 R12 V5 | Autumn King | ex2059, ex2068 | 234 | 234 | 239 | 249 | 194 | 194 | 216 | 220 | 251 | 257 | 151 | 151 | 187 | 189 | 259 | 259 |
| 9 | 6135b | Vineyard 1 R12 V5 | Autumn King | ex2059, ex2068 | 234 | 234 | 239 | 249 | 194 | 194 | 216 | 220 | 251 | 257 | 151 | 151 | 187 | 189 | 259 | 259 |
| 7 | 6136a | Vineyard 2 R16 V17 | Autumn King | ex2059, ex2068 | 234 | 234 | 239 | 249 | 194 | 194 | 216 | 220 | 251 | 257 | 151 | 151 | 187 | 189 | 259 | 259 |
| 5 | 6136b | Vineyard 2 R16 V17 | Autumn King | ex2059, ex2068 | 234 | 234 | ND | ND | 194 | 194 | 216 | 220 | 251 | 257 | ND | ND | ND | ND | 259 | 259 |
| 3 | 6137a | Vineyard 3 R3 V1 | Rubired | 4266, 4267/4268, ‹ | 234 | 234 | 249 | 263 | 181 | 181 | 204 | 214 | 273 | 273 | 133 | 145 | 187 | 199 | 243 | 247 |
| 1 | 6137b | Vineyard 3 R3 V1 | Rubired | 4266, 4267/4268, ‹ | 234 | 234 | 249 | 263 | 181 | 181 | 204 | 214 | 273 | 273 | 133 | 145 | 187 | 199 | 243 | 247 |
| 16 | 6138a | Vineyard 4 R15 V14 | Autumn King | ex2059, ex2068 | 234 | 234 | ND | ND | 194 | 194 | 216 | 220 | ND | ND | ND | ND | ND | ND | 259 | 259 |
| 14 | 6138b | Vineyard 4 R15 V14 | Autumn King | ex2059, ex2068 | 234 | 234 | 239 | 249 | 194 | 194 | 216 | 220 | 251 | 257 | 151 | 151 | 187 | 189 | 259 | 259 |
| | | Added post-analysis: | | | | | | | | | | | | | | | | | | |
| | | | Autumn King | Reference profile | ex2059, ex2068 | 234 | 234 | 239 | 249 | 194 | 194 | 216 | 220 | 251 | 257 | 151 | 151 | 187 | 189 | 259 | 259 |
| | | | Rubired | Reference profile | 4266, 4267/4268, 4269///=Tinta Cão X Alicante Ganzin OK | 234 | 234 | 249 | 263 | 181 | 181 | 204 | 214 | 273 | 273 | 133 | 145 | 187 | 199 | 243 | 247 |