# Declaration of Gerald S. Dangl
# Exhibit 6

UNIVERSITY OF CALIFORNIA, DAVIS

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO  SANTA BARBARA · SANTA CRUZ

May 16, 2006

FOUNDATION PLANT SERVICES
ONE SHIELDS AVENUE
DAVIS, CALIFORNIA 95616-8600
TELEPHONE: (530) 752-3590
FAX: (530) 752-2132
E-MAIL: fps@ucdavis.edu
WEB: http://fps.ucdavis.edu

Ross A. Jones
California Table Grape Commission
392 W. Fallbrook Avenue, Suite 101
Fresno, CA 93711

Dear Ross,

We have completed our analysis of the 4 grapevine samples we received last month. The samples were small dried leaves contained in our standard sample collection envelopes.

We have identified the 3 samples noted below as **'Autumn King'**.
   "4/10/06 Vineyard 1 R12 V5"
   "4/10/06 Vineyard 2 R16 V17"
   "4/10/06 Vineyard 4 R15 V14"

We have identified the sample noted below as **'Rubired'**.
   "4/10/06 Vineyard 3 R3 V1"

We analyzed the samples with 8 DNA markers. We then compared this data to our database of over 800 grape cultivars. Your samples exactly match the above noted cultivars at all 8 markers. Our reference profile for 'Autumn King' is based on vines at Foundation Plant Services, UC Davis, as well as materials provided by the California Table Grape Commission. Our reference profile for 'Rubired' is also based on vines at FPS and has been confirmed by pedigree analysis.

Enclosed please find an invoice in the amount of $1360.00 for the services provided. Please return your payment in the enclosed envelope to the address shown on the invoice.

Thank you for using the FPS plant DNA identification service.

Yours truly,

Jerry Dangl
Plant Identification Lab Manager

Enclosure

Phone: (530) 752-7540
Email: gsdangl@ucdavis.edu

CTGC 01913