**FILED**
JUL 0 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

1 | BAKER, MANOCK & JENSEN
A Professional Corporation
2 | Robert D. Wilkinson  #100478
Fig Garden Financial Center
3 | 5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
4 | (559) 432-5400
(559) 432-5620 (facsimile)

WILMER CUTLER PICKERING
  HALE AND DORR LLP
James L. Quarles III (admitted *pro hac vice*)
Randolph D. Moss (admitted *pro hac vice*)
Brian M. Boynton     #222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (facsimile)

Attorneys for Plaintiff THE CALIFORNIA
TABLE GRAPE COMMISSION

HENNIGAN BENNETT AND DORMAN LLP
Lawrence M. Hadley  # 157728
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
(213) 694-1200
(213) 694-1234 (facsimile)

THE LAW OFFICES OF RALPH B. WEGIS
Ralph B. Wegis       # 67966
Michael J. Stump     # 193542
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)

Attorneys for Defendants RB SANDRINI, INC.,
RB SANDRINI FARMS, L.P., and RICHARD B. SANDRINI

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA TABLE GRAPE COMMISSION, | CASE NO. 1:06-cv-00842-OWW-TAG |
| Plaintiff, | **STIPULATED SETTLEMENT AND [~~PROPOSED~~] ORDER FOR INJUNCTION** |
| v. | |
| RB SANDRINI, INC., RB SANDRINI FARMS, L.P. d/b/a/ RB SANDRINI FARMS, and RICHARD B. SANDRINI, | |
| Defendants. | |

1

The California Table Grape Commission ("Commission") has filed this action against the defendants Richard B. Sandrini, RB Sandrini, Inc., and RB Sandrini Farms, L.P. doing business as RB Sandrini Farms (together "Sandrini"), seeking relief based upon claims for patent infringement under 35 U.S.C. § 271 *et seq.*, violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*, tortious interference with prospective economic relationships, and unjust enrichment. The Commission and Sandrini hereby stipulate to the following Order:

1. The Court has jurisdiction over the subject matter of this case under 28 U.S.C. § 1338 and 35 U.S.C. § 271 *et seq.*, and personal jurisdiction over Sandrini. Venue in the Eastern District of California is proper.

2. The Commission is the exclusive licensee of U.S. Patent No. PP16,284, entitled "Grapevine Denominated Autumn King" (the " '284 patent").

3. Sandrini agrees that the '284 patent is valid, and covenants not to challenge the validity of the '284 patent and not voluntarily to cooperate in any challenge to its validity.

4. The terms of this stipulation and Order shall not be confidential.

5. The Commission and Sandrini have executed a mutual release, releasing each other from the acts and transactions that were the subject of this action. See Exhibit A.

6. Sandrini, its representatives, agents, shareholders, officers, directors, successors, assigns, servants and employees and all other persons or entities in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are hereby restrained and enjoined for the life of the '284 patent from growing, budding, grafting, propagating, selling, or distributing Autumn King plant material in the United States, including but not limited to Autumn King grapes, without first obtaining a license from the Commission.

7. As between the parties, the '284 patent is valid and enforceable, and Sandrini shall not challenge the validity of the '284 patent on any ground.

8. Beginning within 15 days, and completing within 45 days, of the date of this Order, Sandrini shall remove and destroy all Autumn King material that is in its possession, custody, or control. Autumn King material means all Autumn King fruit and grapevines (including own-rooted and grafted vines) capable of producing fruit and/or propagating new Autumn King plants. Autumn

1  King material may be removed in a manner that preserves the rootstock provided any remaining
2  stock will not and does not produce Autumn King fruit or any plant material capable of reproducing
3  new Autumn King plants. No Autumn King material may be left on the rootstock unless, in the
4  opinion of the Commission (or if the Commission disagrees, an independent viticulturist) doing so is
5  necessary to avoid the destruction of the rootstock, in which case only the amount of Autumn King
6  that is necessary to avoid destruction of the rootstock may be retained until grafted with another
7  variety or by December 1, 2007, whichever is first. Any dispute regarding the above shall be
8  resolved by an independent viticulturist chosen by the Commission but acceptable to Sandrini, at the
9  expense of Sandrini.

10  9.  The Commission shall have the right to verify compliance with the terms of
11  paragraphs 6 and 8 on reasonable notice, including by entry onto Sandrini's real property to conduct
12  examination of any rootstock, vines or plant material.

13  10.  Sandrini hereby assigns and transfers to the Commission all amounts in the existing
14  escrow account. The proceeds from the 2006 winery crush shall be deposited into the escrow
15  account within 5 days. The Court hereby releases to the Commission all funds in the escrow
16  account.

17  11.  This action shall be dismissed with prejudice with each party bearing its own costs
18  and attorneys' fees. The parties shall pay the Court's jury costs, one-half by each side, within five
19  court days of receipt of an invoice from the Court.

20  12.  The release attached as Exhibit A and executed by the parties is hereby incorporated
21  into this order.

22  13.  This Court shall retain jurisdiction over this case with respect to compliance with this
23  settlement agreement, the attached release, and this order.

IT IS SO ORDERED,
DATED: July 7, 2007

*[signature]*
The Honorable Oliver W. Wanger
United States District Judge

3  STIPULATED SETTLEMENT AND
[PROPOSED] ORDER FOR INJUNCTION

Dated: July 6, 2007

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION | WILMER CUTLER PICKERING HALE AND DORR LLP |
| */s/ Kathleen Nave*<br>Kathleen Nave | */s/ Randolph D. Moss*<br>Randolph D. Moss<br><br>Attorneys for Plaintiff |

Dated: July 6, 2007

| | |
|---|---|
| RB Sandrini, Inc., RB Sandrini Farms, L.P., Richard B. Sandrini | HENNIGAN BENNETT AND and DORMAN LLP |
| */s/ Richard B. Sandrini*<br>Richard B. Sandrini | */s/ Lawrence M. Hadley*<br>Lawrence M. Hadley<br><br>Attorneys for Defendants |

## EXHIBIT A

## MUTUAL RELEASE

The California Table Grape Commission ("Commission") and the defendants Richard B. Sandrini, RB Sandrini, Inc., and RB Sandrini Farms, L.P. doing business as RB Sandrini Farms (together "Sandrini") hereby mutually release each other from any and all Causes of Action related to the allegations underlying the claims and counterclaims asserted in this suit.

For purposes of this release, Causes of Action means any and all causes of action (including any legal or equitable claims for relief, complaints, suits, or petitions in law or equity) and any demands for legal or equitable or relief (including any claims for rescission, reformation, restitution, damages, punitive damages, attorneys' fees, costs, interest or expenses) that have been, may be, or could be asserted at the time of this settlement agreement in any action before any court, arbitration, proceeding, tribunal, or administrative body, regardless of whether the causes of action are based on federal, state, or local law, statute, ordinance, regulation, contract, common law, or any other source.

Agreed to this 6th day of July, 2007.

BY AND ON BEHALF OF RICHARD B. SANDRINI, RB SANDRINI, INC., AND RB SANDRINI FARMS, L.P.

By: /s/ Richard B. Sandrini

Richard B. Sandrini

BY AND ON BEHALF OF THE CALIFORNIA TABLE GRAPE COMMISSION

By: /s/ Kathleen Nave

Kathleen Nave

1                                                    EXHIBIT A, MUTUAL RELEASE