BAKER, MANOCK & JENSEN
A Professional Corporation
Robert D. Wilkinson   #100478
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
(559) 432-5400
(559) 432-5620 (facsimile)

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Randolph D. Moss (admitted *pro hac vice*)
Brian M. Boynton       #222193
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (facsimile)

Attorneys for Plaintiff THE CALIFORNIA
TABLE GRAPE COMMISSION

HENNIGAN BENNETT AND DORMAN LLP
Lawrence M. Hadley   # 157728
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
(213) 694-1200
(213) 694-1234 (facsimile)

THE LAW OFFICES OF RALPH B. WEGIS
Ralph B. Wegis       # 67966
Michael J. Stump     # 193542
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)

Attorneys for Defendants RB SANDRINI, INC.,
RB SANDRINI FARMS, L.P., and RICHARD B. SANDRINI

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>RB SANDRINI, INC. ET AL.,<br><br>            Defendants. | CASE NO. 1:06-cv-00842-OWW-TAG<br><br>**STIPULATION AND ORDER REGARDING CONFIDENTIAL DOCUMENTS** |

1
STIPULATION AND PROPOSED ORDER REGARDING CONFIDENTIAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS on November 9, 2006, this Court entered a Stipulated Protective Order
2  Regarding Confidential Discovery;
3  WHEREAS the second sentence of paragraph 7 of that Order directed the parties to return to
4  the producing party all Confidential Materials produced in discovery and to destroy any other copies
5  of those Materials within 30 days of a final resolution of this case; and
6  WHEREAS the parties are in agreement that Confidential Materials should be maintained
7  but should continue to be subject to the obligations otherwise imposed by the Protective Order;
8  IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel,
9  that the Stipulated Protective Order be modified to delete the second sentence of paragraph 7 of the
10  Protective Order.

Dated: August 13, 2007

WILMER CUTLER PICKERING
    HALE AND DORR LLP

/s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Plaintiff THE CALIFORNIA
TABLE GRAPE COMMISSION


HENNIGAN BENNETT AND DORMAN LLP

/s/ Lawrence M. Hadley (with authorization)
_____
Lawrence M. Hadley

Attorneys for Defendants RB Sandrini, Inc., RB
Sandrini Farms, L.P., and Richard B. Sandrini


**ORDER**

IT IS SO ORDERED.

Dated: _8/14/2007                           /s/ Oliver W. Wanger_____
_____
                                            Oliver W. Wanger
                                            United States District Judge

2
STIPULATION AND PROPOSED ORDER REGARDING CONFIDENTIAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com