1  BAKER, MANOCK & JENSEN
   A Professional Corporation
2  Robert D. Wilkinson   #100478
   Fig Garden Financial Center
3  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704-2209
4  (559) 432-5400
   (559) 432-5620 (facsimile)
5
   WILMER CUTLER PICKERING
6     HALE AND DORR LLP
   James L. Quarles III (admitted *pro hac vice*)
7  Randolph D. Moss (admitted *pro hac vice*)
   Brian M. Boynton      #222193
8  1875 Pennsylvania Avenue, N.W.
   Washington, D.C.  20006
9  (202) 663-6000
   (202) 663-6363 (facsimile)
10
   Attorneys for Plaintiff THE CALIFORNIA
11 TABLE GRAPE COMMISSION

12 HENNIGAN BENNETT AND DORMAN LLP
   Lawrence M. Hadley  # 157728
13 865 S. Figueroa Street, Suite 2900
   Los Angeles, CA  90017
14 (213) 694-1200
   (213) 694-1234 (facsimile)
15
   THE LAW OFFICES OF RALPH B. WEGIS
16 Ralph B. Wegis       # 67966
   Michael J. Stump     # 193542
17 1930 Truxtun Avenue
   Bakersfield, CA 93301
18 (661) 635-2100
   (661) 635-2107 (facsimile)
19
   Attorneys for Defendants RB SANDRINI, INC.,
20 RB SANDRINI FARMS, L.P., and RICHARD B. SANDRINI

21              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
22

23 THE CALIFORNIA TABLE GRAPE    )   CASE NO. 1:06-cv-00842-OWW-TAG
   COMMISSION,                   )
                                 )
24              Plaintiff,       )   **STIPULATED DISMISSAL WITH**
                                 )   **PREJUDICE**
25       v.                      )
                                 )
26 RB SANDRINI, INC. ET AL.,     )
                                 )
27              Defendants.      )
                                 )
28
                                     1
                                              STIPULATED DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the Court's order of July 6, 2007 (Dkt. # 201), and subject to the Court's retention of jurisdiction as provided therein, the claims and counterclaims asserted by Plaintiff the California Table Grape Commission and Defendants RB Sandrini, Inc., RB Sandrini Farms, L.P., and Richard B. Sandrini are hereby dismissed with prejudice, with each party bearing its own fees and costs.

**IT IS SO ORDERED.**

**DATED: __8/21/2007_____**    __/s/ Oliver W. Wanger_____
The Honorable Oliver W. Wanger
United States District Judge

Dated: July 12, 2007    WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Randolph D. Moss
_____
Randolph D. Moss

Attorneys for Plaintiff THE CALIFORNIA TABLE GRAPE COMMISSION


HENNIGAN BENNETT AND DORMAN LLP

/s/ Lawrence M. Hadley (as authorized)
_____
Lawrence M. Hadley

Attorneys for Defendants RB Sandrini, Inc., RB Sandrini Farms, L.P., and Richard B. Sandrini

2

STIPULATED DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com